# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patricia Sue Williams**, | CASE NO. 2:18-CV-00341-R-RAO |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **Woodrow Phillips Jr.**, an individual; and Does 1-10 inclusive, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Patricia Sue Williams shall have JUDGMENT in her favor in the amount of $13,110.00 against Defendant Woodrow Phillips Jr.

Dated: August 30, 2019

_____
Honorable R. Gary Klausner
United States District Judge
Central District of California

*Presented by:*
Jong Yun Kim, Esq.
(213) 351-9400
jongkimlaw@hotmail.com
Attorney for Plaintiff